# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Amy Munroe,
    **Plaintiff**

    **v.**

                                                **Civil Action No. 1:22-cv-11935-FDS**

Boston Medical Center,
    **Defendant**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated July 10, 2025 (Dkt. No. 41), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                    By the Court,

07/10/2025                                           /s/ Melonie Cooke
Date                                                    Deputy Clerk